# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DORINA LANZA** and **LEE WINTER,**
Appellants,

v.

**MARCO C. LANZA,** as Trustee of **THE 5200 N. OCEAN DRIVE TRUST,**
Appellee.

No. 4D21-37

[December 16, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2020-CC-004982.

Dorina Lanza and Lee Winter, North Palm Beach, pro se.

Labeed A. Choudhry of Ward Damon PL, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***